UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Anwar Mohamed Abdi,                                  Civil No. 12cv02048 ADM/JJK

    Plaintiff,

v.                                                                          **ORDER**

Hillary R. Clinton and Timothy
Geithner,

    Defendants.
_____

The above matter comes before the Court upon the Report and Recommendation of United States Chief Magistrate Judge Arthur J. Boylan dated August 23, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed <u>in forma pauperis</u>, (Docket No. 2), be **DENIED**;

2. This action be summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 18, 2012        s/Ann D. Montgomery
                                                            _____
                                                             ANN D. MONTGOMERY
                                                             United States District Judge